```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 23196
    JUANITA D WATSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-0377

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/11/2007 and was confirmed 02/11/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  70.00%.

     The case was dismissed after confirmation 11/03/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
AMC MORTGAGE SERVICES      UNSECURED       NOT FILED            .00            .00
CAPITAL ONE                UNSECURED        2847.36             .00         170.65
PORTFOLIO RECOVERY         UNSECURED       NOT FILED            .00            .00
PEOPLES GAS                UNSECURED       NOT FILED            .00            .00
COLUMBUS BANK & TRUST      UNSECURED       NOT FILED            .00            .00
PROVIDIAN                  UNSECURED        5442.64             .00         326.19
HOME LOAN SERVICES INC     CURRENT MORTG        .00             .00            .00
HOME LOAN SERVICES INC     MORTGAGE ARRE    1740.66             .00        1740.66
NATIONAL CITY BANK ~       NOTICE ONLY    NOT FILED             .00            .00
HOME LOANS SERVICES INC    NOTICE ONLY    NOT FILED             .00            .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY     3,354.00                        3,354.00
TOM VAUGHN                 TRUSTEE                                           481.55
DEBTOR REFUND              REFUND                                               .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             6,073.05

PRIORITY                                          .00
SECURED                                      1,740.66
UNSECURED                                      496.84
ADMINISTRATIVE                               3,354.00
TRUSTEE COMPENSATION                           481.55
DEBTOR REFUND                                     .00
                    --------------        --------------
TOTALS              6,073.05                 6,073.05
```

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 23196 JUANITA D WATSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/24/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

                                    PAGE   2
        CASE NO. 07 B 23196 JUANITA D WATSON